UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80763-CV-MIDDLEBROOKS
(Case no. 18-80219-CR-MIDDLEBROOKS)
MAGISTRATE JUDGE REID

STEVEN SNIPE,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report and Recommendation (DE 10) ("Report") regarding Movant Steven Snipe's Motion to Vacate under 28 U.S.C. §2255. The Report was entered on October 9, 2020. No objections have been filed, and the deadline to do so expired on October 23, 2020. Upon consideration of the Report, I agree with Judge Reid's reasoning and conclusions. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Reid's Report (DE 10) is **ADOPTED**.

(2) Steven Snipe's Amended Motion to Vacate under 28 U.S.C. §2255 (DE 8) is **DENIED**.

(3) I have considered the standard set forth in 28 U.S.C. § 2253(c)(2) and conclude that movant cannot make the requisite showing. As a result, no certificate of appealability shall issue.

(4) The Clerk of the Court is directed to **CLOSE THIS CASE.**

(5) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 18th day of November, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record
Steven Snipe
19356-104
Petersburg Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1000
Petersburg, VA 23804
PRO SE